Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT

for the

District of

Division

**24-01518**

**SECT. H MAG. 1**

Case No. _____

*(to be filled in by the Clerk's Office)*

Vickyann Cortes

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

Xavier University of Louisiana College of Pharmacy

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names. Do not include addresses here.)*

Dr. Kathleen Kennedy
XU. College of Pharmacy Appeals committee

Jury Trial: *(check one)* ☐ Yes ☐ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Non–Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I.   The Parties to This Complaint

### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Vickyann Cortes |
| Address | 118 E. Oakville St. |
| | Belle Chasse     LA     70037 |
| | *City*     *State*     *Zip Code* |
| County | Plaquemines Parish |
| Telephone Number | 504-453-3121 |
| E-Mail Address | Vickyanncortes@aol.com |

### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Xavier University Of Louisiana |
| Job or Title *(if known)* | |
| Address | 1 Drexel Dr. |
| | New Orleans     LA     70125 (70125) |
| | *City*     *State*     *Zip Code* |
| County | |
| Telephone Number | 504-486-7411 |
| E-Mail Address *(if known)* | |

☑ Individual capacity    ☐ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | Dr. Kathleen Kennedy |
| Job or Title *(if known)* | Dean Of College Of Pharmacy |
| Address | 1 Drexel Dr. |
| | New Orleans     LA     70125 |
| | *City*     *State*     *Zip Code* |
| County | |
| Telephone Number | 504-520-7421 |
| E-Mail Address *(if known)* | KKenned1@xula.Edu |

☐ Individual capacity    ☐ Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Defendant No. 3

Name — COP Appeals Committee

Job or Title *(if known)* — COP - Readmit

Address — 1 Drexel Dr.

New Orleans — City    LA — State    70125 — Zip Code

County

Telephone Number

E-Mail Address *(if known)*

☐ Individual capacity    ☑ Official capacity

Defendant No. 4

Name

Job or Title *(if known)*

Address

City    State    Zip Code

County

Telephone Number

E-Mail Address *(if known)*

☐ Individual capacity    ☐ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

My civil rights, my right to a proper education. I have been denied benefits; subjected to discrimination and excluded from participation.

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

D.  Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983.  If you are suing under section 1983, explain how each defendant acted under color of state or local law.  If you are suing under *Bivens*, explain how each defendant acted under color of federal law.  Attach additional pages if needed.

## III.  Statement of Claim

State as briefly as possible the facts of your case.  Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.  Where did the events giving rise to your claim(s) occur?

The events occured at Xavier University of Louisiana's college of Pharmacy. This has been an ongoing battle of violation of my civil rights. I was dismissed mid-semester while still completing my final exams — and while having medical documentation on file.

B.  What date and approximate time did the events giving rise to your claim(s) occur?

The approximate date was 6/15/2024, however, the last appeal was just filed June 1st, 2024.

C.  What are the facts underlying your claim(s)?  *(For example: What happened to you?  Who did what?  Was anyone else involved?  Who else saw what happened?)*

I was dismissed from the college while completing my semester. I am a student with various disabilities and a diagnosis on file since 2021. After questioning several unethical things that were done to me, I feel that I am being "black balled" from returning (1) because of my disabilities, and the fact that the frown upon students with disabilities and (2) because I began to bring forth a lot of questions and claims of unfair acts.

One of the major key components and witnesses is Mrs. Corvette Coleman. The former director of Disability Services at Xavier University of Louisiana. She can be reached at: 504-458-7852. She witnessed my case and the things that were done to others.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## IV.   Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

As a patient who already suffers from major depressive disorder, Adhd, anxiety, and hypersomnia, being dismissed prior - to finishing my semester caused me a great deal of emotional distress, Anxiety, mental anguish and even further exacerbated my depression and mental health conditions. I was already facing other medical challenges that the institution was aware of and no one took that into consideration. I also had the proper documentation since 2021 and moving forward have provided the documents to support my conditions.

## V.   Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

I do not want any monetary compensation, because no monetary compensation can make up for the 3 years I have worked so hard for, through the struggles of my condition, and then for it to be taken away. What I do wish to ask the court is for me to be reinstated so that I can continue my education without any retaliation and under an enviorment where the proper rules and accumodations will be set in place for me moving forward. I Just want to complete what I have worked so hard for that was Just taken away from me unfairly. The institution has a duty to protect its students and to treat them fairly and they have not only failed me but also failed others. I believe the lack of education on disability laws and services has caused them to bring forth unethical acts and to put in place rules and laws that are not correct and beneficial to us students with disabilities. This brings upon discriminatory acts and non inclusion.

→ back

I have 2 other documents as proof of documents and they have been ignored. I have been excluded and discriminated against because of my disability and because I have been asking questions regarding my case. The 504 ADA laws have been ignored, and I have been at a constant battle because often time the proper accomodations were not given and rules were made up without consulting with disability services. No one ever took into consideration my medical Diagnosis and it showed when I was dismissed midway through a semester. The fact of the matter is that the school frowns upon students with disabilities because they believe it delivers a message that the school is "accomodating students" and not as rigerous as it is set out to be. The office of civil rights has already been made aware and I am hoping for an investigation to take place on the institution level. Testing times were often changed, no proper testing center for students, and a lack of inclusion in many instances.

I also want them to be responsible for all legal fees, please. I had to move forward with this suit because no proper actions were ever taken when I attempted to contact them directly.

Thank you!

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:       06/12/2024

Signature of Plaintiff

Printed Name of Plaintiff       Vickyann Cortes

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

|  | City | State | Zip Code |
|---|---|---|---|

Telephone Number

E-mail Address